Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Veronica Kuiumdjian (SBN 244825)
Email: vkuiumdjian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant
FIA Card Services, N.A. (erroneously
sued as Bank of America Corporation)

**FILED**

AUG 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FAXED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08 CV 1550 DMS POR

| | |
|---|---|
| JAMES DRESSER, an Individual, | No.: |
| Plaintiff, | **DEFENDANT FIA CARD SERVICES, N.A.'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| BANK OF AMERICA CORPORATION; and DOES 1-50, inclusive, , | [FRCP 7.1(a)] |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

ORIGINAL

DOCSLA-15652845.1

**TO ALL PARTIES AND THE ABOVE-ENTITLED COURT:**

This Corporate Disclosure Statement is filed by FIA Card Services, N.A. ("FIA"), which is the successor by name change to Bank of America, N.A., which is presumed to be the intended defendant in the complaint filed by plaintiff James Dresser. This statement is being filed in compliance with Federal Rule of Civil Procedure 7.1. FIA hereby declares that it is 100% owned by NB Holdings Corp., which is 100% owned by Bank of America Corporation, and that no publicly held company other than Bank of America Corporation owns 10% or more of the stock of FIA Card Services, N.A.

DATED: August 21, 2008.

REED SMITH LLP

By _____
Abraham J. Colman
Felicia Y. Yu
Veronica Kuiumdjian
Attorneys for Defendant
FIA Card Services, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSLA-15652845.1

Defendant FIA Card Services, N.A.'s Corporate Disclosure Statement