ORIGINAL

1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   Email: fyu@reedsmith.com
3  Veronica Kuiumdjian (SBN 244825)
   Email: vkuiumdjian@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone:  213.457.8000
6  Facsimile:   213.457.8080

7  Attorneys for Defendant
   FIA Card Services, N.A. (erroneously
8  sued as Bank of America Corporation)

FILED
AUG 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FAXED

08 CV 1550 DMS POR

| | |
|---|---|
| JAMES DRESSER, an individual,<br><br>                    Plaintiff,<br><br>         vs.<br><br>BANK OF AMERICA CORPORATION,<br>a Delaware Corporation; and DOES 1-50<br>inclusive,<br><br>                    Defendant(s). | No.:<br><br>**DEFENDANT FIA CARD SERVICES, N.A.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[Southern Dist. L.R. 40.2] |

DOCSLA-15652855.1

TO ALL PARTIES AND THE ABOVE-ENTITLED COURT:

The undersigned, counsel of record for Defendant FIA Card Services, N.A. ("FIA") certifies that the following parties may have a direct, pecuniary interest in the outcome of this case:

James Dresser

Daniel Yauger

FIA Card Services, N.A.

DATED: August 21, 2008.

REED SMITH LLP

By _____
Abraham J. Colman
Felicia Y. Yu
Veronica Kuiumdjian
Attorneys for Defendants
FIA Card Services, N.A.