1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   Email: fyu@reedsmith.com
3  Veronica Kuiumdjian (SBN 244825)
   Email: vkuiumdjian@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA 90071-1514
   Telephone: 213.457.8000
6  Facsimile: 213.457.8080

7  Attorneys for Defendant
   FIA Card Services, N.A. (erroneously
8  sued as Bank of America)

FILED AUG 21 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

FAXED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DRESSER, an individual, | No.: 08 CV 1550 DMS POR |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1-50 inclusive, | |
| Defendant(s). | |

- 1 -
Proof of Service

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On August 21, 2008, I served the following document(s) by the method indicated below:

**DEFENDANT FIA CARD SERVICES, N.A.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331 AND 1441(B)**

**DEFENDANT FIA CARD SERVICES, N.A.'S CORPORATE DISCLOSURE STATEMENT**

**DEFENDANT FIA CARD SERVICES, N.A.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

**CIVIL CASE COVER SHEET**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below.

| James Dresser<br>14972 Lyons Valley Road<br>Jamul, CA 91935 | *Plaintiff, In Propia Persona* |
|---|---|

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 21, 2008, at Los Angeles, California.

_____
Davina M. Bernal